| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>GABRIEL MACK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:16-mj-000028-MJS |
| Plaintiff, | ) | **MOTION TO VACATE NOVEMBER 28, 2017 REVIEW HEARING; ORDER** |
| vs. | ) | |
| GABRIEL MACK, | ) | |
| Defendant. | ) | |

Defendant Gabriel Mack hereby requests that the Court vacate the November 28, 2017 review hearing. The Government is in agreement with the request.

On December 20, 2016, the Court sentenced Mr. Mack to 12 months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged law violation. In addition, the Court order Mr. Mack to pay a $250 fine.

Mr. Mack has paid off his fine and has had no new law violations. Accordingly, Mr. Mack has complied with all conditions of his probation, and he hereby requests that the November 28, 2017 review hearing be vacated.

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 20, 2017

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
GABRIEL MACK

# **O R D E R**

Based on the parties' joint representation that Mr. Mack is in compliance with the conditions of his probation, the Court vacates the November 28, 2017 review hearing in case number 6:16-mj-00028-MJS.

IT IS SO ORDERED.

Dated:   November 20, 2017            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE